FILED
November 13, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002223191

Hilton A. Ryder, # 54470
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Debtor

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### Fresno Division

In Re

**FRANK J. GOMES DAIRY,**
a California Limited Partnership,

Debtor.

Case No. 09-60124-A-11

Chapter Number: 11

Docket Control #HAR-1

Date: November 18, 2009
Time: 2:00 p.m.
Judge: Honorable Whitney Rimel
Place: 1300 18th Street, First Floor,
Bakersfield, California

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL
ON BOTH AN EMERGENCY BASIS AND ON A PERMANENT BASIS;
<u>POINTS AND AUTHORITIES IN SUPPORT OF MOTION</u>**

Frank J. Gomes Dairy, a California Limited Partnership, debtor and Debtor-in-Possession ("Debtor") hereby moves the court for an order authorizing use of cash collateral both on an emergency and permanent basis and alleges as follows.

1.  The above-captioned case was filed as a voluntary Chapter 11 on November 12, 2009. Debtor has continued as the debtor-in-possession.

2.  Debtor is a limited partnership. The general partner is the Frank J. Gomes Irrevocable Family Trust Dated April 9, 2003, which trust holds a 1% general partnership interest. The Trustee of the Trust is Albert Xavier. The same Trust also is a 49% limited partner. The other 50% limited partners is the Frank J. Gomes Separate Trust Dated June 2, 2003. Frank J.

Gomes is the Trustee. Albert Xavier is the person authorized to act on behalf of the Debtor-in-Possession.

3. Debtor operates two dairies. Dairy No. 1 consists of 365 acres at 5301 N. DeAngelis Road, Stevinson, California. Dairy No. 2 consist of 459 acres located at 870 Kniebes Road, Gustine California. The two dairies ("Dairy") are operated as a single entity. The Dairy milks approximately 2,400 cows with an additional 200 dry cows. The Dairy maintains a replacement program and has 1,730 heifers ranging in the age from 0 to mature springers.

4. The Debtor farms 211 leased acres and approximately 800 acres in Dairy No. 1 and Dairy No. 2 for a total of approximately 1,000 acres. Currently 220 acres planted to alfalfa which is dormant. 165 acres are planted to Sudan grass which must be harvested immediately as silage. 265 acres are planted to corn which must also be harvested immediately as silage. At the time the case was filed, the Debtor had on hand approximately 1,500 tons of hay and 41,000 tons of silage. Debtor must purchase grain and other commodities in addition to feeding the hay and silage on hand. Other significant assets include (1) 1,015 pool quota with a value in the opinion of Debtor of $859,000.00, (2) farming equipment with a value in the opinion Debtor of $1,427,000.00, and (3) various automobiles, trucks and trailers with a value in the opinion of Debtor of $490,842.00.

5. Dairy No. 1 delivers its milk to Saputo Cheese USA, Inc. The milk check from Dairy No. 1 for October 31, 2009, was approximately $119,000.00. Dairy No. 2 delivers its milk to Dairystream Cooperative, Inc. dba Hilmar Cheese. The milk check for October 31, 2009, was approximately $170,000.00. A. L. Gilbert, Inc. levied on both milk checks which have been turned over to either the sheriff of Stanislaus County or Merced County. Wells Fargo Bank is Debtor's major secured creditor holding a lien on all assets of Debtor securing obligations that are cross-defaulted and cross-collateralized totaling approximately $18.5 million. Wells Fargo has filed third party claims as to both milk checks.

6. The next milk check to be paid to Debtor for both location are due on November 15, 2009, but, because of the weekend, will be paid on Friday November 13, 2009. The total is estimated to be $290,000.00. The milk checks are payable on the 15th and 30th of

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

each month.

7. BM&A Retirement Trust holds a lien junior to Wells Fargo on all of the assets of the estate. Pursuant to an inner creditor agreement, in the event of default, BM&A Retirement Trust can receive no payment until such time as Wells Fargo is paid. A. L. Gilbert is claiming a Dairy Supply Lien (Food and Agricultural Code §57405(d)(2)). A search of the Secretary of State under the name of Debtor did not show a filing. In any event, the lien is junior to Wells Fargo and is disputed. Any interest of A. L. Gilbert in the assets of the estate is junior to both Wells Fargo and BM&A Retirement Trust.

8. Debtor disputes the garnishment of the milk check by A. L. Gilbert from Saputa Cheese USA, Inc. because the garnishment is based on a Notice of Attachment. Debtor alleges the writ of attachment was within 90 days of the filing of this Chapter 11 case and terminates automatically pursuant to C.C.P. §493.030 et seq.

9. Debtor requires the use of the milk checks of October 31, 2009, November 15, 2009, and November 30, 2009, to avoid irreparable harm to the Dairy. Debtor must be able to continue to purchase grain for the milking cows to avoid drastic reductions in milk production. Debtor must continue to pay insurance, employees, utilities, fuel and repairs in order to maintain the Dairy. Attached hereto as Exhibit A is a budget for three approximately 15 day periods from November 15 to November 30, 2009; December 1 to December 15, 2009; and December 16 to December 31, 2009. In addition to the funds required to operate the Dairy, $135,500.00 is required immediately to harvest corn silage which will have a value after harvest of an estimated 5,800 tons at $60.00 per ton or $348,000.00. The Sudan silage will yield approximately 2,500 tons with a value of $50.00 per ton or $125,000.00. Debtor must also immediately plant 607 acres to oats which will have a value after planting of $60,700.00 at $100.00 per acre. Rain is expected and seed must be planted immediately.

10. Attached hereto as Exhibit B are budgets for the months of January, February and March. These budgets reflect an increase in milk price based on the current futures market. Milk prices have been at been historic lows for many months that resulted in losses from operations. For the first time in almost a year, the Dairy is breaking even from an operational

3

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

standpoint and the increase in milk prices should allow debt service and adequate protection payments.

11. The use of cash collateral is in the best interest of the estate to allow Debtor to stabilize its operations and propose a plan of reorganization. Debtor requests that to the extent cash collateral is used, that the creditor whose cash collateral is used, be granted a replacement lien on like collateral to the extent and in the same priority as existed on the cash collateral.

## JURISDICTION

The court has jurisdiction over this matter pursuant to the general grant of jurisdiction of 28 U.S.C. §1334. The matter is a core proceeding as defined by 28 U.S.C. §157(b)(2)(A) and (M). Use of cash collateral is sought pursuant to 11 U.S.C. §363. The procedure is controlled by BR 4001. Any opposition is controlled by BR 9014. Service is provided pursuant to LBR 9014-1.

**WHEREFORE** Debtor prays that it be authorized to use cash collateral on both an emergency basis as set forth in Exhibit A and a permanent basis as set forth in Exhibit B, to grant a replacement lien to the creditor whose cash collateral is used, on like collateral to the extent cash collateral is used, and in the same priority as existed on the cash collateral and for such further other relief as the Court deems proper.

Dated: November 17, 2009.

McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP

By: _____
Hilton A. Ryder
Attorneys for

17189/00001-1476764.v1

4

Nov 11 09 04:11p                                                                                     p.2

Nov 11 09 04:11p       p.2

## Frank J Gomes Dairy
## Budget for November 15 - 30th, 2009

| Description | Income | Expenses |
|---|---|---|
| 10/31 Milk Check | 287,000 | |
| 11/15 Milk Check | 290,000 | |
| Cull Cows: 20 Head @ $500 | 10,000 | |
| | | |
| Feed: | | 142,819 |
|   Corn: 275 Tons @ $273 | | |
|   Canola: 98 Tons @ $305 | | |
|   Corn Germ: 156 Tons @ $166 | | |
|   Cottonseed: 46 Tons @ $258 | | |
| Labor: Gross Wages | | 72,000 |
| Labor: Payroll Taxes | | 11,500 |
| Utilities: | | 83,030 |
|   PG@E Deposit - 76,000 | | |
|   Propane - 2,300 | | |
|   Trash Disposal - 1,130 | | |
|   Phone & Mobile - 3,600 | | |
| Minerals | | 15,000 |
| Fuel & Oil | | 21,000 |
| Insurance: | | 37,600 |
|   Health - 12,800 | | |
|   Liability - 11,300 | | |
|   Work Comp - 13,500 | | |
| Medicine | | 32,000 |
| Barn Supplies | | 13,800 |
| Testing | | 2,400 |
| Hoof Trim | | 5,000 |
| Animal Disposal | | 1,200 |
| Vet | | 5,000 |
| Repairs @ Maintenance | | 17,500 |
| Total | 587,000 | 459,849 |

| Description | Crop Value | Expenses |
|---|---|---|
| Corn Silage: 5,800 Tons @ $60 | 348,000 | |
| Sudan Silage: 2,500 Tons @ $50 | 125,000 | |
| Plant: 607 Acres Oats @ $100 per Acre | 60,700 | |
| Almond Hulls: 350 Tons @ $70 | 24,500 | |
| | | |
| Bags | | 18,000 |
| Fuel | | 40,000 |
| Oat Seed | | 23,000 |
| Repairs @ Maintenance | | 30,000 |
| Almond Hulls: 350 Tons @ $70 | | 24,500 |
| Total | 558,200 | 135,500 |

Total     $595,349.00

## Frank J Gomes Dairy
## Budget for December 1 - 15th, 2009

| Description | Income | Expenses. |
|---|---|---|
| 11/30 Milk Check | 290,000. | |
| Cull Cows: 35 Head @ $500 | 17,500 | |
| | | |
| | | |
| | | |
| Feed: | | 142,819 |
|   Corn: 275 Tons @ $273 | | |
|   Canola: 98 Tons @ $305 | | |
|   Corn Germ: 156 Tons @ $166 | | |
|   Cottonseed: 23 tons @ $258 | | |
| Labor: Gross Wages | | 64,000 |
| Labor: Payroll Taxes | | 8,000 |
| Utilities: | | 1,500 |
|   PG@E | | |
|   Propane - 1,500 | | |
|   Trash Disposal | | |
|   Phone & Mobile | | |
| Minerals | | 7,000 |
| Fuel & Oil | | 2,000 |
| Insurance: | | |
|   Health | | |
|   Liability | | |
|   Work Comp | | |
| Medicine | | 2,000 |
| Barn Supplies | | 1,000 |
| Testing | | |
| Hoof Trim | | 2,800 |
| Animal Disposal | | 1,200 |
| Vet | | 1,000 |
| Repairs @ Maintenance | | 7,000 |
| | | |
| Total | 307,500 | 240,319 |

## Frank J Gomes Dairy
## Budget for December 16 - 31st, 2009

| Description | Income | Expenses. |
|---|---|---|
| 11/15 Milk Check | 290,000 | |
| Cull Cows: 35 Head @ $500 | 17,500 | |
| FSA Income: MLIC Payement | 26,000 | |
| | | |
| | | |
| Feed: | | 142,819 |
|   Corn: 275 Tons @ $273 | | |
|   Canola: 98 Tons @ $305 | | |
|   Corn Germ: 156 Tons @ $166 | | |
|   Cottonseed: 23 tons @ $258 | | |
| Labor: Gross Wages | | 60,000 |
| Labor: Payroll Taxes | | 7,500 |
| Utilities: | | 30,030 |
|   PG@E - 23,000 | | |
|   Propane - 2,300 | | |
|   Trash Disposal - 1,130 | | |
|   Phone & Mobile - 3,600 | | |
| Minerals | | 15,000 |
| Fuel & Oil | | 20,000 |
| Insurance: | | 37,600 |
|   Health - 12,800 | | |
|   Liability - 11,300 | | |
|   Work Comp - 13,500 | | |
| Medicine | | 32,000 |
| Barn Supplies | | 13,800 |
| Testing | | 2,400 |
| Hoof Trim | | 5,000 |
| Animal Disposal | | 1,200 |
| Vet | | 5,000 |
| Repairs @ Maintenance | | 10,000 |
| | | |
| Total | 333,500 | 382,349 |

EXHIBIT "B" Page 1 of 3

**Frank J Gomes Dairy**
**Budget for January 1 - 31st, 2009**

| Description | Income | Expenses. |
|---|---|---|
| 12/31 Milk Check @ 14.20 | 329,700 | |
| 1/15 Milk Check @ 14.20 | 351,500 | |
| Cull Cows: 70 Head @ $500 | 35,000 | |
| FSA Income: MLIC Payement | 4,000 | |
| Pool Quota Income | 13,500 | |
| | | |
| | | |
| Feed: | | 230,426 |
| Corn: 550 Tons @ $205 | | |
| Canola: 187 Tons @ $304 | | |
| Corn Germ: 264 Tons @ $162 | | |
| Cottonseed:70 tons @ $258 | | |
| Labor: Gross Wages | | 104,000 |
| Labor: Payroll Taxes | | 20,500 |
| Utilities: | | 27,080 |
| PG@E -20,000 | | |
| Propane - 2,300 | | |
| Trash Disposal - 1,180 | | |
| Phone & Mobile - 3,600 | | |
| Minerals | | 16,000 |
| Fuel & Oil | | 20,000 |
| Insurance: | | 37,600 |
| Health - 16,800 | | |
| Liability - 11,300 | | |
| Work Comp - 13,500 | | |
| Medicine | | 27,000 |
| Breeding | | 12,000 |
| Barn Supplies | | 13,800 |
| Testing | | 2,400 |
| Hoof Trim | | 5,000 |
| Animal Disposal | | 1,200 |
| Vet | | 5,000 |
| Repairs @ Maintenance | | 19,000 |
| Misc. | | 5,000 |
| | | |
| **Total** | **733,700** | **546,006** |

## Frank J Gomes Dairy
## Budget for February 1 - 28th, 2009

| Description | Income | Expenses |
|---|---|---|
| 1/31 Milk Check @14.35 | 333,200 | |
| 2/15 Milk Check @14.35 | 355,300 | |
| Cull Cows: 70 Head @ $500 | 35,000 | |
| Pool Quota Income | 13,500 | |
| | | |
| Feed: | | 216,676 |
|   Corn: 550 Tons @ $180 | | |
|   Canola: 187 Tons @ $304 | | |
|   Corn Germ: 264 Tons @ $162 | | |
|   Cottonseed: 70 tons @ $258 | | |
| Labor: Gross Wages | | 104,000 |
| Labor: Payroll Taxes | | 20,500 |
| Utilities: | | 27,080 |
|   PG@E -20,000 | | |
|   Propane - 2,300 | | |
|   Trash Disposal - 1,180 | | |
|   Phone & Mobile - 3,600 | | |
| Minerals | | 16,000 |
| Fuel & Oil | | 20,000 |
| Insurance: | | 37,600 |
|   Health - 16,800 | | |
|   Liability - 11,300 | | |
|   Work Comp - 13,500 | | |
| Medicine | | 27,000 |
| Breeding | | 12,000 |
| Barn Supplies | | 13,800 |
| Testing | | 2,400 |
| Hoof Trim | | 5,000 |
| Animal Disposal | | 1,200 |
| Vet | | 5,000 |
| Repairs @ Maintenance | | 19,000 |
| Misc. | | 5,000 |
| | | |
| Total | 737,000 | 532,256 |

Nov 13 09 01:41p                                                                                        p.2

**Frank J Gomes Dairy**
**Budget for March 1 - 31st, 2009**

| Description | Income | Expenses. |
|---|---:|---:|
| 2/28 Milk Check @14.50 | 336,690 | |
| 3/15 Milk Check @14.50 | 291,740 | |
| Cull Cows:70Head @ $500 | 35,000 | |
| Pool Quota Income | 13,500 | |
| | | |
| Feed: | | 216,676 |
|   Corn: 550 Tons @ $180 | | |
|   Canola: 187 Tons @ $304 | | |
|   Corn Germ: 264 Tons @ $162 | | |
|   Cottonseed:70 tons @ $258 | | |
| Labor: Gross Wages | | 104,000 |
| Labor: Payroll Taxes | | 20,500 |
| Utilities: | | 27,080 |
|   PG@E -20,000 | | |
|   Propane - 2,300 | | |
|   Trash Disposal - 1,180 | | |
|   Phone & Mobile - 3,600 | | |
| Minerals | | 16,000 |
| Fuel & Oil | | 20,000 |
| Insurance: | | 37,600 |
|   Health - 16,800 | | |
|   Liability - 11,300 | | |
|   Work Comp - 13,500 | | |
| Medicine | | 27,000 |
| Breeding | | 12,000 |
| Barn Supplies | | 13,800 |
| Testing | | 2,400 |
| Hoof Trim | | 5,000 |
| Animal Disposal | | 1,200 |
| Vet | | 5,000 |
| Repairs @ Maintenance | | 19,000 |
| Misc. | | 5,000 |
| | | |
| **Total** | **676,930** | **532,256** |