# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re )
)
**Frank J. Gomes Dairy,** )
**a California Limited Partnership** )    Case No.  09-61024-A-11
Debtor(s). )
_____ )    __AMENDMENT COVER SHEET__

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:

☐ Petition                                    ☐ Statement of Financial Affairs
☐ Creditor Matrix                             ☐ Statement of Intention
☐ List of 20 Largest Unsecured Creditors      ☐ List of Equity Security Holders
☒ Schedules (check appropriate boxes).  *See Instruction #4 below.*
  ☐ A  ☒ B  ☐ C  ☐ D  ☐ E  ☒ F  ☒ G  ☐ H  ☐ I  ☐ J
☒ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  ***REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.***

Purpose of amendment (check one):

☒ To add pre-petition creditors, change amounts owed or classification of debt (**$26.00 fee required**, provided the bankruptcy judge may, for good cause, waive the charge in any case.)  __NOTE__: Lists, schedules and statements that add or change more than 10 creditors should be accompanied by an amended matrix listing only the creditors added or changed.

☐ No pre-petition creditors were added, or amounts owed or classifications of debt changed.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE: Proof of service, indicating that service has been made, must be filed with the Court.**)

Dated: January 14, 2010.    Attorney's [or *Pro Se* Debtor's] Signature: _____
                                    Printed Name: _____
                                    Mailing Address : _____
                                                      _____

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct to the best of my(our) information and belief.

Dated: January 13, 2010                        Dated:

_____              _____
Trustee's Signature                            Joint Debtor's Signature

## INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements.  ***Do not use an amendment cover sheet when submitting amended plans or amendments to plans.***
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules.  Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed.  **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change more than 10 creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case.  The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format.  These two files must be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby.  **Notice of the amendment WILL NOT be given by the Clerk's Office.**  To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc.  A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                                    Case No. <u>09-61024-A-11</u>

<u>Frank J. Gomes Dairy, a Calif Ltd. P/S</u>                    Chapter <u>11</u>
Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 22,200,000.00 | | |
| B - Personal Property | Yes | 3 | $ 12,425,671.14 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $ 26,030,336.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 987,450.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 3,913,608.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 27 | $ 34,625,671.14 | $ 30,931,395.09 | |

IN RE <u>Frank J. Gomes Dairy, a Calif Ltd. P/S</u>                    Case No. <u>09-61024-A-11</u>
                    Debtor(s)                                                                          (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank - Healthcare deductible account (balance as of 10/31/09) Added** | | 652.46 |
| | | **Wells Fargo Bank, Modesto** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **1/18 share of F&A Valley Dairyman, Inc. Added** | | 80.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Frank J. Gomes Dairy, a Calif Ltd. P/S</u>          Case No. <u>09-61024-A-11</u>
                     Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Amaral & Amaral Dairy<br>Added | | 57,259.28 |
| | | Brazil Dairy<br>Added | | 17,418.01 |
| | | Correia Cairy #2<br>Added | | 18,536.96 |
| | | Correia Dairy #1<br>Added | | 122,299.32 |
| | | Jose Nunes Dairy<br>Added | | 44,544.11 |
| | | Milk Check - 10/31/09 - $287,000.00<br>11/13/09 - $290,000.00<br>11/30/00 - $210,000.00<br>(for 12 days) | | 787,000.00 |
| | | See attached (added) | | 0.00 |
| | | Stevinson Croporation<br>Added | | 24,600.00 |
| | | Triple A Dairy<br>Added | | 6,604.00 |
| | | VioMar Dairy<br>Added | | 50,400.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of be debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

3

IN RE <u>Frank J. Gomes Dairy, a Calif Ltd. P/S</u>      Case No. <u>09-61024-A-11</u>
              Debtor(s)                                      (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached Exhibit | | 490,842.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equpment | | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Hay - 1500 x $150.00 per ton | | 225,000.00 |
| | | Silage - 41,000 x $60.00 per ton | | 2,665,000.00 |
| 31. Animals. | | See Exhibit | | 5,275,460.00 |
| 32. Crops - growing or harvested. Give particulars. | | 165 acres Sudan 2,475 tons at $35.00 per ton net of harvest | | 86,625.00 |
| | | 220 acres of alfalfa | | 0.00 |
| | | 265 acres corn silage 5,830 tons @ $45.00 net of harvest | | 262,350.00 |
| 33. Farming equipment and implements. | | See attached Exhibit | | 1,427,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 1015 pounds pool quota | | 859,000.00 |

|  | TOTAL | 12,425,671.14 |
|---|---|---|

<u>    0  </u> continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor borrowed approximately $1,590,000.00 from Wells Fargo Bank which in turn was loaned to the Frank J. Gomes Irrevocable Family Trust date 4/9/03 ("Trust"). These funds were used to purchase 112 acres of open ground contiguous to the dairy for the sum of $15,000.00 per acre for a total of $1,590,000.00. Title was acquired in the name of the Trust. The 112 acres was given as collateral to Wells Fargo for a loan with a current balance of approximately $14,000,000.00. The loan was carried on the books of Debtor as a receivable from the Trust. The Trust in turn allows the dairy to use the land. As a result of the use of the land, the dairy is able to increase its dairy permit by approximately 5 cows per acre or a total of 560 cows. This increase in cows makes the dairy economically feasible. It should further be noted that the Trust is liable for all of the partnership debts because it is the 1% general partner of Debtor.

| | | Frank J Gomes Dairy | | |
|---|---|---|---|---|
| | | Owned Equiment With "Pink Slips" | | |
| TRUCK # | YEAR | MAKE & MODEL | LICENSE # | Fair Market Value |
| FNA-12 | 1991 | FRHT 18-3 | FNA12 | $7,000.00 |
| FNA-13 | 1995 | INTERNATIONAL | FNA13 | $7,000.00 |
| 8 | 1985 | INTERNATIONAL | SE439811 | $7,000.00 |
| 7 | 1984 | INTERNATIONAL | SE579774 | $20,000.00 |
| 3 | 1985 | INTERNATIONAL | SE439808 | $20,000.00 |
| 1 | 1984 | INTERNATIONAL | SE439812 | $20,000.00 |
| 17 Ramon | 2004 | FORD F-250 PICK UP | 7L02064 | $2,000.00 |
| 9 | 1998 | INTERNATIONAL | SE541936 | $25,000.00 |
| 2 | 1998 | INTERNATIONAL | 7Y92777 | $25,000.00 |
| 50-6 | 1997 | PETERBILT 3 AXLE | 9D79981 | $30,000.00 |
| Calf Truck | 2006 | FORD F-350 PICKUP | 8B48834 | $3,000.00 |
| 6 | 1992 | PETERBILT | SE525312 | $20,000.00 |
| F&A 16 | 2002 | INTERNATIONAL 9100i | FNA16 | $20,000.00 |
| F&A 15 | 2002 | INTERNAITONAL 9100i | FNA15 | $20,000.00 |

```
2006 379 Peterbuilt - #51-50              $22,167.73
2006 Sterling w/Laird Mixer #2            $46,078.42
2005 @est Mark Tank Trailer #14A          $13,545.00
2006 Peterbuilt #14                       $36,502.60
2008 Peterbuilt w/Laird Mixer #1         $146,550.93
```

| NUMBER HEAD | BREED, CLASS, AGE, QUALITY | WEIGHT | VALUE PER LB. | VALUE PER HD. | TOTAL VALUE |
|---|---|---|---|---|---|
| 2400 | Holstein Milk Cows | 1,400 | | $1,400 | $3,360,000 |
| 200 | Holstein Dry Cows | 1,400 | | 1,400 | 280,000 |
| 162 | Holstein Heifers, Springing | 1,250 | | 1,700 | 275,400 |
| 513 | Hosltein Heifers, Bred and Breeding | 900 | 1.35 | 1,215 | 623,295 |
| 98 | Holstein Heifers, Open 10-13 mos | 750 | 1.45 | 1,088 | 106,575 |
| 188 | Holstein Heifers, 7-9 mos | 600 | 1.65 | 990 | 186,120 |
| 292 | Holstien Heifers, 4-6 mos | 350 | 1.85 | 648 | 189,070 |
| 477 | Holstein Heifers, 0-3 mos | 200 | 2.50 | 500 | 238,500 |
| 25 | Holstein Breeding Bulls | 1,200 | 0.55 | 660 | 16,500 |
| | | - | - | 0 | - |
| | | - | - | 0 | - |
| | | - | - | 0 | - |

# Frank J Gomes Dairy

## Farm Equipment

| TRUCK # | YEAR | MAKE & MODEL | Fair Market Value |
|---|---|---|---|
| 4 | 1986 | GMC | $1,500.00 |
| 5 | 1986 | GMC | $1,500.00 |
| 11 | 1981 | DANCO SIDE DUMP | $2,000.00 |
| 10 | 1981 | DANCO SIDE DUMP | $2,000.00 |
|  | 1997 | WILSON CATTLE TRAILER | $4,000.00 |
| Small Low Boy | 1991 | Trailer MA Equipment | $5,000.00 |
|  | 1999 | LANDALL LOW BOY | $20,000.00 |
| 51-6 | 1955 | CUSTOM 40' PULL | $3,000.00 |
| 51-5 | 1996 | WILSON FLAT BED | $15,000.00 |
| 51-7 | 1997 | RED RIVER MFG | $10,000.00 |
|  |  |  |  |
|  | 2003 | AGCO WHITE PLANTER | $5,000.00 |
|  | 2002 | ROME DISK | $10,000.00 |
|  | 2000 | 770 CASE DISK | $12,000.00 |
|  | 2008 | VERSA COMPOST TRAILER | $40,000.00 |
|  | 2008 | VERSA COMPOST TRAILER | $40,000.00 |
|  | 2000 | SPRINGTOOTH CASE 4300 | $10,000.00 |
|  | 1999 | QUAD TRACTOR | $20,000.00 |
|  | 1994 | JOHN DEERE 8970 W/TINK | $35,000.00 |
|  | 1999 | VERSA BOX 32' | $10,000.00 |
|  | 1991 | CAT 926E | $10,000.00 |
|  | 1992 | JOHN DEERE 2755 TRACTOR | $5,000.00 |
|  | 1999 | CASE 623C SQUEEZE | $30,000.00 |
|  | 2004 | MX 210 | $40,000.00 |
|  | 2004 | **CLAUS  900 W/ HEADS** | $75,000.00 |

RU600 EXTRA HEAD

PU 380 HEAD

| | | | |
|---|---|---|---|
|  | 2008 | J.D. MAX EMERGE PLANTER | $15,000.00 |

| | | | |
|---|---|---|---|
| | | HD WILCOX CHISEL | **$20,000.00** |
| | | CASE IH 20' STUBBLE DISK | **$15,000.00** |
| | 2005 | CATERPILLAR 930G LOADER | **$40,000.00** |
| | | CATERPILLAR 938G LOADER | **$50,000.00** |
| | | CATERPILLAR 430D LOADER | **$40,000.00** |
| | 2006 | High Flow Bobcat Loader | **$10,000.00** |
| | 2006 | Hight Flow Bobcat Loader w/bkt | **$10,000.00** |
| | | Case IH Tractor | **$5,000.00** |
| | 2000 | Reynolds Scrapper #1 15-5e | **$25,000.00** |
| | | Case 5300 Graindrill Planter | **$10,000.00** |
| | | VERSA SCALE | **$10,000.00** |

```
Case Swather            $80,000.00
Clauss 900             $260,000.00
Bobcat Loader           $27,000.00
Cultivator & Roller     $26,000.00
DX40 Loader             $16,000.00
7920 Tractor            $60,000.00
Wilcox Ripper           $25,000.00
Case STX 500           $100,000.00
Versa Bagger           $150,000.00
```

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S      Case No. 09-61024-A-11
_____          _____
         Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Agricoloo Land Co. <br> 2709 Station Ave. <br> Atwater, CA 95301 | | | | | | | 11,481.00 |
| ACCOUNT NO. <br> Airgas <br> P.O. Box 7425 <br> Pasadena, CA 91109-7425 | | | | | | | 2,449.27 |
| ACCOUNT NO. <br> American Express <br> P. O. Box 0001 <br> Los Angeles, CA 90096-0001 | | | | | | | 4,587.35 |
| ACCOUNT NO. <br> American Valley Waste Oil, Inc. <br> P.O. Box 340 <br> Delhi, CA 95315 | | | | | | | 125.00 |

_____**12**_____ continuation sheets attached

                                      Subtotal <br> (Total of this page)   $   18,642.62

Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Frank J. Gomes Dairy, a Calif Ltd. P/S</u>        Case No. <u>09-61024-A-11</u>
             Debtor(s)                                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2309** <br> **Aminta's Translation, Safety & Computer** <br> P. O. Box 1661 <br> Freedom, CA 95019 | | | | | | | 1,200.00 |
| ACCOUNT NO. <br> **Anderson Pump Company** <br> P. O. Box 906 <br> Chowchilla, CA 93610 | | | | | | | 3,961.35 |
| ACCOUNT NO. <br> **Antonio Azevedo** <br> 1606 E. Grayson Road <br> Ceres, CA 95307 | | | | | | | 7,016.00 |
| ACCOUNT NO. <br> **Applegate Teeples Drilling Co., Inc.** <br> P.O. Box 1717 <br> Empire, CA 95319 | | | | | | | 1,358.61 |
| ACCOUNT NO. <br> **B&B Manufacturing Inc.** <br> 410 S. Golden State Blvd <br> Turlock, CA 95380 | | | | | | | 12,661.81 |
| ACCOUNT NO. <br> **Bettencourt Flying Service Inc.** <br> 1066 Bert Crane Rd. <br> Atwater, CA 95301 | | | | | | | 13,136.50 |
| ACCOUNT NO. <br> **Caetano Long Reach Excavator** <br> P.O. Box 850 <br> Turlock, CA 95381 | | | | | | | 3,204.36 |

Sheet no. ___**1**___ of ___**12**___ continuation sheets attached to            Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims       (Total of this page)    $ **42,538.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S _____  Case No. __09-61024-A-11__
_____ Debtor(s) _____ (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cal Coast**<br>P.O. Box 737<br>Turlock, CA  95381 | | | | | | | **15,726.76** |
| ACCOUNT NO.<br>**Calone Law Group, LLP**<br>1810 Grand Canal Blvd..Ste 6<br>Stckton, CA  95207 | | | | | | | **2,388.19** |
| ACCOUNT NO.<br>**CCID**<br>P.O.Box 1231<br>Los Banos, CA  93635 | | | | | | | **1,564.80** |
| ACCOUNT NO.<br>**Central Valley Ag Grinding**<br>5707 Langworth Road<br>Oakdale, CA  95361 | | | | | | | **6,572.00** |
| ACCOUNT NO.<br>**Central Valley Commercial Services**<br>7874 Michelle Ave<br>Hilmar, CA  95324 | | | | | | | **1,419.97** |
| ACCOUNT NO.<br>**Central Valley Concrete Inc.**<br>P.O. Box 2228<br>Merced, CA  95344-0228 | | | | | | | **97,366.28** |
| ACCOUNT NO.<br>**Cerutti Bros.**<br>26118 McClintock Rd.<br>Newman, CA  95360 | | | | | | | **846,523.97** |

Sheet no. __2__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **971,561.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S _____ Case No. 09-61024-A-11
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Clark Control Pest Inc.-0560 P.O. Box 1480 Lodi, CA 95241-1480 | | | | | | | 164.80 |
| ACCOUNT NO. Clark Control Pest Inc.-1876 P.O. Box 1480 Lodi, CA 95241-1480 | | | | | | | 618.00 |
| ACCOUNT NO. Clark Control Pest Inc.-6958 P.O.Box 1480 Lodi, CA 95241-1480 | | | | | | | 1,541.24 |
| ACCOUNT NO. Cleanfix West 1760 Kimberly Road Twin Falls, ID 83301 | | | | | | | 1,269.18 |
| ACCOUNT NO. CNH Capital Dept. Ch 10460 Palatine, IL 60055-0460 | | | | | | | 5,411.89 |
| ACCOUNT NO. Concrete Grooving International 75 Barnstea Drive Springville, NY 14141 | | | | | | | 1,859.35 |
| ACCOUNT NO. Country Ford Inc. P.O. Box 4918 Modesto, CA 95352 | | | | | | | 3,895.94 |

Sheet no. __3__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 14,760.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Frank J. Gomes Dairy, a Calif Ltd. P/S</u>    Case No. <u>09-61024-A-11</u>
Debtor(s)          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| CSAA<br>P.O. Box 51114<br>Los Angeles, CA 90051-5414 | | | | | | | 116.00 |
| ACCOUNT NO. | | | | | | | |
| Denair Lumber<br>P.O. Box 248<br>Denair, CA 95316 | | | | | | | 10,120.09 |
| ACCOUNT NO. | | | | | | | |
| Dentoni's Welding Works, Inc.<br>801 South Airport Way<br>Stockton, CA 95205-6996 | | | | | | | 6,785.29 |
| ACCOUNT NO. | | | | | | | |
| Don's Mobile Glass<br>3800 Finch Road<br>Modesto, CA 95357-4100 | | | | | | | 1,327.31 |
| ACCOUNT NO. | | | | | | | |
| Dowdy's Sales & Service<br>732 Peggy Street<br>Tulare, CA 95374 | | | | | | | 5,653.05 |
| ACCOUNT NO. | | | | | | | |
| E&M Electric<br>P.O. Box 758<br>Newman, CA 95360 | | | | | | | 1,934.91 |
| ACCOUNT NO. | | | | | | | |
| Farm Plan<br>P. O. Box 5328<br>Maddison, WI 53705-0328 | | | | | | | 469,976.41 |

Sheet no. __4__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 495,913.06

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S      Case No. 09-61024-A-11
<br>Debtor(s)               (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Frank J. Gomes**<br>**990 Kniebes Road**<br>**Gustine, CA 95322** | | | Limited partner | | | | **unknown** |
| ACCOUNT NO.<br>**Golden State Feeds**<br>**5415 Avenida De Los Robles Ste. 102**<br>**Visalia, CA 93291** | | | | | | | **4,042.54** |
| ACCOUNT NO.<br>**Golden State Irrigation**<br>**P.O. Box 30098**<br>**Stockton, CA 95213-0098** | | | | | | | **12,347.43** |
| ACCOUNT NO.<br>**High Plains Silage**<br>**1320 Aptos Drive**<br>**Turlock, CA 95382** | | | | | | | **22,630.91** |
| ACCOUNT NO.<br>**Hilmar Napa & Auto Parts**<br>**P.O. Box 1321**<br>**Hilmar, CA 95324** | | | | | | | **14,808.53** |
| ACCOUNT NO.<br>**Hilmar Sire Service, Inc.**<br>**P.O. Box 669**<br>**Hilmar, CA 95324** | | | | | | | **413,896.01** |
| ACCOUNT NO.<br>**Holt Of California**<br>**P.O. Box X**<br>**Sacramento, CA 95813** | | | | | | | **59,025.82** |

Sheet no. _____5___ of _____12___ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ 526,751.24

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Frank J. Gomes Dairy, a Calif Ltd. P/S</u>      Case No. <u>09-61024-A-11</u>

       Debtor(s)                                       (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Home Depot** <br> P.O. Box 6029 <br> The Lakes, NV 88901-6029 | | | | | | | 19,021.23 |
| ACCOUNT NO. <br> **I.J. Larsen Pumps** <br> 509 Tully Rd. <br> Modesto, CA 95350 | | | | | | | 5,886.31 |
| ACCOUNT NO. <br> **J.M. Equipment Co., Inc.** <br> P.O. Box 60000 File # 73299 <br> San Francisco, CA 94160-3299 | | | | | | | 3,412.71 |
| ACCOUNT NO. <br> **Laird Mfg** <br> 531 S. Hwy 59 <br> Merced, CA 95341 | | | | | | | 2,491.13 |
| ACCOUNT NO. <br> **Lampe & Fromson** <br> 2005 "O" Street <br> Merced, CA 95340 | | | | | | | 11,722.00 |
| ACCOUNT NO. <br> **Lander Veterinary Clinic, Inc.** <br> 4512 S. Walnut Road <br> Turlock, CA 95380 | | | | | | | 14,917.74 |
| ACCOUNT NO. <br> **Law Offices Of Damrell, Nelson, Schrimp** <br> 1601 I Street, Fifth Floor <br> Modesto, CA 95354 | | | | | | | 1,557.32 |

Sheet no. ___**6**___ of ___**12**___ continuation sheets attached to             Subtotal    | $   59,008.44
Schedule of Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

                                                   Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S _____ Case No. 09-61024-A-11 _____
                    Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lawley's**<br>P.O. Box 3880<br>Turlock, CA 95381 | | | | | | | 17,640.00 |
| ACCOUNT NO.<br>**Lextron**<br>Dept. 1305<br>Denver, CO 80256-0001 | | | | | | | 4,901.96 |
| ACCOUNT NO.<br>**Machado's Backhoe Service**<br>22332 W. 3rd Ave<br>Stevinson, CA 95374 | | | | | | | 42,902.50 |
| ACCOUNT NO.<br>**Mason, Robbins, Browning & Godwin**<br>P.O. Boox 2067<br>Merced, CA 95344 | | | | | | | 12,918.81 |
| ACCOUNT NO.<br>**McCune & Associates**<br>P.O. Box 1295<br>Corona, CA 92878-1295 | | | | | | | 179,768.00 |
| ACCOUNT NO.<br>**Merced Hesston**<br>P.O. Box 3426<br>Merced, CA 95344 | | | | | | | 5,173.37 |
| ACCOUNT NO.<br>**Mission Ag Resources LLC**<br>P.O. Box 98<br>Buttonwillow, CA 93206 | | | | | | | 43,330.76 |

Sheet no. __7__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 306,635.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S    Case No. 09-61024-A-11
_____         _____
              Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Mission Linen 146 South First Street Turlock, CA 95380-5401 | | | | | | | 784.33 |
| ACCOUNT NO. | | | | | | | |
| Modern Dairy Supply 20035 W. Bradbury Rd. Turlock, CA 95380 | | | | | | | 225,838.45 |
| ACCOUNT NO. | | | | | | | |
| N&S Tractor 600 S. Hwy 59 Merced, CA 95340 | | | | | | | 500,825.17 |
| ACCOUNT NO. | | | | | | | |
| Navistar Financial Corp. P.O. Box 96070 Chicago, IL 60693-6070 | | | | | | | 395.82 |
| ACCOUNT NO. | | | | | | | |
| Nick's Auto Electric 1142 S. First Street Turlock, CA 95380 | | | | | | | 1,149.40 |
| ACCOUNT NO. | | | | | | | |
| Northern Merced Hulling Assn. P.O. Box 305 Ballica, CA 95303 | | | | | | | 7,484.04 |
| ACCOUNT NO. | | | | | | | |
| O. Ray Sheets Accountancy Corp. 1120 West I Street Ste. A Los Banos, CA 93635 | | | | | | | 46,832.13 |

Sheet no. ___8___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 783,309.34

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S      Case No. 09-61024-A-11
<br>
_____Debtor(s)_____      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Pacific Elements** <br> **3200 W. Monte Vista Ave # 330** <br> **Turlock, CA  95380** | | | | | | | 9,199.61 |
| ACCOUNT NO. <br> **PG&E** <br> **Box 997300** <br> **Sacramento, CA  95889-7300** | | | | | | | 141,093.00 |
| ACCOUNT NO. <br> **Provost & Pritchard Engineering Group** <br> **286 W. Cromwell Ave** <br> **Fresno, CA  93711-6162** | | | | | | | 2,455.44 |
| ACCOUNT NO. <br> **Quality Milk Service** <br> **4512 S. Walnut Road** <br> **Turlock, CA  95380** | | | | | | | 74,813.63 |
| ACCOUNT NO. <br> **Rein & Rein** <br> **900 H Street Ste. F** <br> **Modesto, CA  95354** | | | | | | | 2,279.50 |
| ACCOUNT NO. <br> **S.K. Nelson & Company** <br> **2547 W. Shaw Ave. # 115** <br> **Fresno, CA  93711** | | | | | | | 7,392.18 |
| ACCOUNT NO. <br> **Safeguard** <br> **P.O. Box 88043** <br> **Chicago, IL  60680-1043** | | | | | | | 163.55 |

Sheet no. __9__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 237,396.91

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S     Case No. 09-61024-A-11
Debtor(s)          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Saqui & Raimondo** <br> **1615 Bunker Hill Way Ste. 240** <br> **Salinas, CA 93906** | | | | | | | **3,694.79** |
| ACCOUNT NO. <br> **Scherer Design Engineering, Inc.** <br> **46994 Mindy Street** <br> **Tea, SD 57064** | | | | | | | **4,858.62** |
| ACCOUNT NO. <br> **Stanislaus Farm Supply** <br> **P.O. Box 31001-0821** <br> **Pasadena, CA 91110-0821** | | | | | | | **23,325.16** |
| ACCOUNT NO. <br> **Staples** <br> **Dept. 00-05318183** <br> **P.O. Box 6721** <br> **The Lakes, NV 88901-6721** | | | | | | | **2,149.81** |
| ACCOUNT NO. <br> **Staples Business Advantage** <br> **Dept. LA** <br> **P.O. Boox 83689** <br> **Chicago, IL 60696-3689** | | | | | | | **370.28** |
| ACCOUNT NO. <br> **TDS Merced** <br> **Dept.530** <br> **Denver, CO 80291-0530** | | | | | | | **11,021.65** |
| ACCOUNT NO. <br> **Ten-Four Communications** <br> **1123 Fifth Street** <br> **Modesto, CA 95351** | | | | | | | **4,716.53** |

Sheet no. **10** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **50,136.84**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Frank J. Gomes Dairy, a Calif Ltd. P/S _____ Case No. 09-61024-A-11 _____
<span>Debtor(s)</span> <span>(If known)</span>

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Triple P Feeds**<br>12849 N. Alpine Rd<br>Lodi, CA 94240 | | | | | | | 2,724.73 |
| ACCOUNT NO.<br>**Turlock Dairy & Refrigeration**<br>P.O. Box 1530<br>Turlock, CA 95381-1530 | | | | | | | 266,077.05 |
| ACCOUNT NO.<br>**Us Farm Systems, Inc.**<br>2955 South K Street<br>Tulare, CA 93274 | | | | | | | 24,080.93 |
| ACCOUNT NO.<br>**Valley Agricultual Software**<br>3950 South K Street<br>Tulare, CA 93274 | | | | | | | 22,981.06 |
| ACCOUNT NO.<br>**Valley Peterbuilt**<br>P.O. Box 6463<br>Stockton, CA 95206 | | | | | | | 16,201.89 |
| ACCOUNT NO.<br>**Walco**<br>P.O. Box 911423<br>Dallas, TX 75391-1423 | | | | | | | 64,212.33 |
| ACCOUNT NO.<br>**Wally Falk's Air Conditioning**<br>1575 Lander Ave<br>Turlock, CA 95380 | | | | | | | 10,135.78 |

Sheet no. **11** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **406,413.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Frank J. Gomes Dairy, a Calif Ltd. P/S</u>       Case No. <u>09-61024-A-11</u>
                        Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Western Farm Service**<br>**3348 Claus Rd**<br>**Modesto, CA 95355** | | | | | | | **540.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __12__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **540.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $  **3,913,608.62**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Frank J. Gomes Dairy, a Calif Ltd. P/S        Case No. <u>09-61024-A-11</u>
Debtor(s)                                                  (If known)

## AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Benefits Plus** | **Executory contract with Benefits Plus as third party administrator of Health Benefit of Debtor including healthcare deductible bank account at Wells Fargo Bank.** |
| **Frank J. Gomes Irrevocable Family Trust Dated 4/9/03** | **Lease of 112 acres of open ground at corner of Anderson and Kniebes Road, Gustine California - Month to month basis for payment of real property taxes and insurance. Deed of Trust given to Wells Fargo as additional collateral; Fair Market Value - $1,800,000.00** |
| **Myers Family Farms** | **Lease of 48 acres of open ground at $184.00 per acre.** |
| **Lewis Bambauer** | **Lease of 50 acres of open ground for $200.00 per acre; plus home for $550.00 per month** |
| **Robert McCune** | **Lease of two swathers for $4,200.00 per month.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:

Case No. **09-61024-A-11**

Frank J. Gomes Dairy, a Calif Ltd. P/S

Chapter **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **75,000.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **75,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_____  
Date

_____  
**Hilton A. Ryder**
**McCormick Barstow LLP**
**5 River Park Place East**
**Fresno, CA 93720-1501**