# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

| | | | | |
|---|---|---|---|---|
| **Case Title :** | Frank J. Gomes Dairy | **Case No :** | 09–61024 – A – 11 | |
| | | **Date :** | 6/23/10 | |
| | | **Time :** | 01:30 | |

| | | |
|---|---|---|
| **Matter :** | [133] – Amended [78] Chapter 11 Small Business Disclosure Statement [HAR–5] (rpaf) | OPPOSED |

**Judge :** Richard T. Ford
**Courtroom Deputy :** Gay Parker
**Reporter :** Linda Gorman
**Department :** A

---

**APPEARANCES for :**
**Movant(s) :**
      Debtor(s) Attorney – Hilton A. Ryder
**Respondent(s) :**
      Creditor's Attorney – Peter Fear, Mike Wilhelm, Justin Harris, Jody Winter, Ted Frame, Walter Gouldsbury

---

HEARING was :
Disclosure statement approved

pursuant to notice of intent to modify. Objections overruled. Set hearing on confirmation of plan for 8/13/10 at 11:00 a.m.