Hilton A. Ryder, # 54470
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Debtor

FILED July 28, 2010 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0002811874

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| In Re<br><br>FRANK J. GOMES DAIRY,<br>a California Limited Partnership,<br><br>Debtor. | Case No. 09-61024-A-11<br><br>Chapter Number: 11<br><br>Docket Control #HAR-5<br><br>Date: August 13, 2010<br>Time: 1:30 p.m.<br>Dept: A, Courtroom 11<br>Judge: Honorable Whitney Rimel |

**REQUEST TO MODIFY PLAN THROUGH
INCLUSION OF CHANGES IN ORDER CONFIRMING PLAN**

Frank J. Gomes Dairy ("Debtor") hereby requests that the Second Amended Plan of Reorganization be modified as follows through the order confirming the Second Amended Plan of Reorganization ("Plan") and alleges as follows.

**CHANGES WITH RESPECT TO CLASS 3I OF PACCAR LEASING**

1.  Class 3I consists of the claim of Paccar Leasing. The description of the claim is as follows:

    Paccar Leasing holds a security interest in a 2008 Peterbilt #50-14 with a value of $80,000.00 securing a lease obligation of approximately $75,000.00 at the time the case was filed.

2.  The treatment of the claim by the Plan is as follows:

This claim shall be amortized over a period of five years accruing interest at the rate of 7% per annum payable monthly beginning at the end of the first full month following the Effective Date. This claim is impaired.

3. Paccar has taken the position that the agreement between Paccar and the Debtor is in fact a true lease because it is a "TRAC" lease as defined in California Uniform Commercial Code § 1203(c)(7). This fact is disputed by Debtor. Paccar and the Debtor have reached a resolution of the dispute which is to treat the agreement as an executory contract to be assumed upon confirmation with the six defaulted payments to be added to the end of the lease thereby extending the lease by six months with other terms to remain the same. The change is immaterial to the continued operation of Debtor's business.

4. Debtor requests that the order confirming the Plan contain the following paragraph modifying the Plan only as to Paccar Leasing.

> "Class 3I consisting of the claim of Paccar Leasing shall not be treated as a secured claim but instead shall be treated as a true lease. The lease is assumed upon the Effective Date. The six payments in arrears shall be added to the end of the lease and the lease term extended by six months. The remaining terms of the lease shall remain the same."

## CHANGES WITH RESPECT TO CLASS 2A OF WELLS FARGO

5. Paragraph 11b of Exhibit 1 to the Plan currently provides as follows:

> b. An amount equal to 50% of the increase of the milk price set forth on the Creamery Advance Statement in excess of $13.90 (the "Price Increase") on the 7th calendar day of the month in which Wells Fargo receives the Creamery Advance Statement which states that the Price Increase has occurred if the Creamery Advance Statement is received by the 1st calendar day of the month or on the 21st calendar day of the month in which Wells Fargo receives a Creamery Advance Statement which states that the Price Increase has occurred if the Creamery Advance Statement is received on the 15th calendar day of the month.

The paragraph does not accurately described the agreement between Wells Fargo and Debtor and needs to be clarified. Debtor requests that paragraph 11b of Exhibit 1 to the Plan be replaced with the following paragraph through the Order confirming the Plan.

> An amount equal to 50% of the increase of the milk price set forth on the Creamery Advance Statement in excess of $13.90/cwt (the "Price Increase") multiplied by the actual average cwt per day which the Debtor's cows are producing as set forth on the Creamery Advance Statement on the 7th calendar day of the month in which Wells Fargo receives the Creamery

Advance Statement which states that the Price Increase has occurred if the Creamery Advance Statement is received by the 1st calendar day of the month or on the 21st calendar day of the month in which Wells Fargo receives a Creamery Advance Statement which states that the Price Increase has occurred if the Creamery Advance Statement is received on the 15th calendar day of the month.

Dated: July 28, 2010.

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: _____
Hilton A. Ryder
Attorneys for Debtor

17189/00011-1594858.v1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501