**3**

THE DUNNING LAW FIRM
A Professional Corporation
DONALD T. DUNNING (144665)
JAMES MACLEOD (249145)
4545 Murphy Canyon Road, Suite 200
San Diego, CA 92123
Tel: (858) 974-7600
Fax: (858) 974-7601

Attorneys for Movants
DEERE & COMPANY
FPC FINANCIAL, F.S.B.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| In re:<br><br>FRANK J. GOMES DAIRY,<br>a California Limited Partnership,<br><br>      Debtor. | Bankruptcy No. 09-61024-A-11<br><br>D.C. No. JM-1<br><br>**MOTION TO DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY**<br><br>Date: February 16, 2011<br>Time: 1: 30 p.m.<br>Dept: A, Courtroom 11, 5th Floor<br>Judge: Hon. Whitney Rimel<br>2500 Tulare Street, Fresno, California |

TO THE DEBTOR, THE DEBTOR'S ATTORNEY AND THE US TRUSTEE:

1. Movants DEERE & COMPANY, a secured creditor ("DEERE"), and FPC FINANCIAL, f.s.b., a secured and unsecured creditor ("FPC"), (collectively referred to as the "Movants"), c/o The Dunning Law Firm, 4545 Murphy Canyon Road, Suite 200, San Diego, California 92123, hereby moves to dismiss the Debtor FRANK J. GOMES DAIRY's (the "Debtor") Chapter 11 Bankruptcy. The basis for the motion is that the Debtor has failed to fulfill its duties pursuant to the Order Confirming Second Amended Chapter 11 Plan entered on August 23, 2010, which became effective on September 6, 2010. Specifically, the Debtor failed to make payments to DEERE under

Class 3H and to FPC under Class 5 in the Second Amended Plan for Reorganization.

2. This case was originally commenced by the Debtor by the filing of a bankruptcy petition for relief under Chapter 11 of the Bankruptcy Code on November 12, 2009. (Declaration of James MacLeod in Support of Motion to Dismiss the Debtor's Chapter 11 Bankruptcy ("MacLeod Decl."), ¶4.)

3. The Movants are in the business of financing farming operations and financing the sale of commercial equipment. (MacLeod Decl., ¶ 2) The Movants are duly qualified under the laws of the State of California to do business in California. (Id.) DEERE has an allowed secured claim in the Debtor's present Bankruptcy in the amount of $29,153.28 and FPC has an allowed secured claim of $51,557.72 and an allowed unsecured claim of $316,001.58 (not including additional interest, attorney's fees and costs.) (Id.)

4. On August 23, 2010, the Court approved an Order Confirming Second Amended Plan of Reorganization (the "Order.") Pursuant to the Order, the Debtor was requires both to make payments on the DEERE's Class 3H secured claim (Exhibit "A", Second Amended Plan for Reorganization (the "Plan"), pgs. 3 & 14) and its was required to pay FPC's Class 5 Claim (which includes both the secured and unsecured claim) (Id., Plan, pgs. 6 & 15.) The Debtor was required to pay DEERE a payment $28,251.24 amortized over a period of five years with interest at 7% per annum beginning at the end of the first full month following the effective date of the Plan. (Id., Plan, pg. 14.) The Debtor was required to pay FPC and all other Class 5 unsecured claims (totaling $3,912,408.00) their respective share of a dividend, equal to a quarter of the 3% per annum interest

2

accrued on the total Class 5 claim, beginning at the end of the first full calendar quarter following the effective date of the Plan. (Id., Plan, pg. 15.) As of the filing of this Motion, DEERE and FPC have not received any payment. (MacLeod Decl., ¶5.)

5. The Movants' counsel has attempted to communicate with the Debtor's attorney regarding the delinquency, but to date, they have not received any response. (MacLeod Decl., ¶3.)

6. Pursuant to 11 U.S.C. §1112(b), any party in interest, may request dismissal of a Chapter 11 case "for cause" which includes a material default by the debtor with respect to a term of a confirmed plan (§1112(b)(4)(N).)

7. The Debtor was required by Order to make payments to the Movants. Neither has received a payment.

CONCLUSION

8. Based on the forgoing, the Debtor has failed to comply with the requirements of 11 U.S.C. §1112(b) and its Chapter 11 Bankruptcy should be dismissed.

Dated: January 12, 2011          THE DUNNING LAW FIRM


                                 _____/s/ James MacLeod_____
                                 Donald T. Dunning
                                 James MacLeod
                                 Attorneys for Movants