FILED
February 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003266649

THE DUNNING LAW FIRM
A Professional Corporation
DONALD T. DUNNING (144665)
JAMES MACLEOD (249145)
4545 Murphy Canyon Road, Suite 200
San Diego, CA 92123
Tel: (858) 974-7600
Fax: (858) 974-7601

Attorneys for Movants
DEERE & COMPANY
FPC FINANCIAL, F.S.B.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| In re:<br><br>FRANK J. GOMES DAIRY,<br>a California Limited Partnership,<br><br>      Debtor. | Bankruptcy No. 09-61024-A-11<br><br>D.C. No. JM-1<br><br>**WITHDRAWAL OF MOTION TO DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY**<br><br>Date: February 16, 2011<br>Time: 1:30 p.m.<br>Dept: A, Courtroom 11, 5th Floor<br>Judge: Hon. Whitney Rimel<br>2500 Tulare Street, Fresno, California |

    Comes now Creditors DEERE & COMPANY and FPC FINANCIAL, F.S.B. ("Movants") who withdraw their Motion to Dismiss Debtor's Chapter 11 Bankruptcy which was set to be heard on February 16, 2011 at 1:30 p.m. before the Honorable Whitney Rimel United States Bankruptcy Judge, in his courtroom at 2500 Tulare Street, Fresno, California.

Dated: February 7, 2011    THE DUNNING LAW FIRM


                                              __/s/ James MacLeod_____
                                              Donald T. Dunning
                                              James MacLeod
                                              Attorneys for Movants