UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | Frank J. Gomes Dairy | Case No : | 09-61024 - A - 11 |
| | | Date : | 2/16/11 |
| | | Time : | 01:30 |
| Matter : | [213] - Motion/Application to Dismiss Case/Proceeding [JM-1] Filed by Creditors FPC Financial, F.S.B., and Deere and Company (rpaf) | | |
| Judge : | Whitney Rimel | | |
| Courtroom Deputy : | Gay Parker | | |
| Reporter : | Linda Gorman | | |
| Department : | A | | |

APPEARANCES for :
Movant(s) :
Respondent(s) :

MOTION was :
Withdrawn by moving party